## 55162. MILLER v. THE STATE.

WEBB, Judge.

This man convicted of burglary insists on his appeal that there was no evidence of his entry into the burgled dwelling, and that there was a fatal variance between the allegata and the probata. We do not agree. There was ample evidence to support the verdict of guilty, and we affirm the judgment.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED JANUARY 12, 1978 — DECIDED FEBRUARY 1, 1978.

*Beck, Goddard, Owen & Murray, Richard L. Collier,* for appellant.

*Johnnie L. Caldwell, Jr., District Attorney, Paschal A. English, Jr., J. David Fowler, Assistant District Attorneys,* for appellee.